IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FRANKLIN LEE JONES,

    Petitioner,

v.                                                                                        CASE NO. 4:11-cv-531-MP-GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

Petitioner's "notice of default", Doc. 9, is **STRICKEN**.  On March 1, 2012, the Court entered an order granting Respondent''s motion for an extension of time until April 30, 2012, to respond to the Petition, and allowing Petitioner until May 30, 2012, to file a reply.  *See* Doc. 8.

**DONE AND ORDERED** this 13th day of March 2012.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge